**FILED**
September 28, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALEKSANDR LASTOVSKIY, )<br>)<br>Defendant. ) | Case No. 2:12-cr-00322-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALEKSANDR LASTOVSKIY, Case No. 2:12-cr-00322-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Co-Signed Unsecured Appearance Bond ($50,000)

    _X_   Secured Appearance Bond ($50,000)

    _X_   (Other) Conditions as stated on the record.

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  9/28/2012  at 3:23 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge