MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150
Attorneys for Defendant
Aleksandr Lastovskiy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ALEKSANDR LASTOVSKIY,<br><br>   Defendant. | Case No.: 2:12 CR 322 MCE<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |

On September 28, 2012, following his arrest, Mr. Lastovakiy was released on conditions, including condition number 14, which requires Mr. Lastovakiy to wear an electronic monitoring devise.  These devises are not water proof and cannot be submerged.

In June of 2006 Mr. Lastovakiy was involved in a very serious motorcycle accident. Among other injuries he suffered a left humerus fracture and left scaphoid fracture both of which required surgery.

Mr. Lastovakiy, who is very athletic, under when physical therapy to attempt to repair and mitigate the damage in his arm.  Among the recommended rehabilitation exercises included swimming and the use of a sauna to increase strength and range of motion.

1

Mr. Lastovskiy has been supervised by Pre-Trial Services since the end of September 2012 .  Mike Evans is the pretrial Services officer in charge of Mr. Lastovskiy's case.  He has no objection to having Mr. Lastovskiy's conditions changed to remove the requirement that Mr. Lastovskiy wear a GPS unit (Condition number 14.)  Further, the assigned Assistant United States Attorney, Heiko Coppola, has no objection to this request.

DATED: December 9, 2013        BENJAMIN B. WAGNER
                               United States Attorney

                               By /s/ Heiko Coppola
                               HEIKO COPPOLA
                               Assistant U.S. Attorney


DATED: December 9, 2013        The CHASTAINE LAW OFFICE


                               By /s/ Michael Chastaine
                               MICHAEL CHASTAINE
                               Attorney for Defendant
                               Aleksandr Lastovskiy


## ORDER

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that the previously imposed Condition 14 is removed.   All other previously imposed conditions of pretrial release shall remain in full force and effect.

Dated:  December 9, 2013

                               _____
                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE