MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150
Attorneys for Defendant
Aleksandr Lastovskiy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEKSANDR LASTOVSKIY,<br><br>    Defendant. | Case No.: 2:12-CR-00322-MCE<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |

It is hereby stipulated between the parties, Heiko Coppolla, Assistant United States Attorney, Michael Chastaine, attorney for Aleksandr Lastovski, Joseph Welch, attorney for Tatyana Shvets, Scott Tedmon, attorney for Aleksandr Mikhaylov and Richard Nahigian, attorney for Hovik Mkrtchian, that the status conference date of Thursday, June 20, 2014 should be continued until Thursday September 4, 2014.  The continuance is necessary as counsel for Ms. Shvets has recently entered the case and counsel for all parties are still reviewing discovery, meeting with their respective clients and investigating information as well as researching various possible resolutions.

IT IS STIPULATED that the period of time from the June 12, 2014 up to and including September 4, 2014 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and

Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: June 11, 2014               By:  ____/s/ Michael Chastaine
                                   MICHAEL CHASTAINE
                                   Attorney for Aleksandr Lastovskiy

Dated: June 11, 2014               By:  ____/s/ Joseph Welch
                                   JOSEPH WELCH
                                   Attorney for Tatyana Shvets

Dated: June 11, 2014               By:  ____/s/ Scott Tedmon
                                   SCOTT TEDMON
                                   Attorney for Aleksandr Mikhaylov

Dated: June 11, 2014               By:  ____/s/ Richard Nahigian
                                   RICHARD NAHIGIAN
                                   Attorney for Hovik Mkrtchian

Dated: June 11, 2014               BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: /s/ Heiko Coppolla___
                                        HEIKO COPPOLLA
                                        Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, June 20, 2014 at 9:00 a.m. be continued to Thursday, September 4, 2014 at 9:00 a.m. and that the period from June 12, 2014 to September 4, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  June 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT