1  PHILLIP A. TALBERT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9  IN THE UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-322 GEB
13 | Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER ADDING A CONDITION OF RELEASE
14 | v. |
15 | ALEKSANDR LASTOVSKIY, et al., |
16 | Defendants. |

17

18

19 **STIPULATION OF THE PARTIES**

20  The parties, by and through the undersigned, hereby stipulate and agree to the following:

21  1. Defendant Aleksandr Lastovskiy ("Lastovskiy") was released on bail and conditions imposed

22  by this Court on or about September 29, 2012.

23  2. Lastovskiy's original conditions of release did not include a prohibition against contacting

24  potential witnesses in the above-entitled case.

25  3. The parties agree that an additional condition prohibiting Lastovskiy from contacting any

26  potential witnesses, in person, by telephone or text, or any other means, in the above-entitled case is

27  necessary and appropriate at this time.

28  ///

STIPULATION AND [PROPOSED] ORDER
ADDING A CONDITION OF RELEASE

1

4. The Pre-Trial Services department has no objection to an additional condition prohibiting Lastovskiy from contacting any potential witnesses in the above-entitled case.

Dated: September 22, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

/s/ KEN GIFFARD
KEN GIFFARD
Attorney at Law
Counsel for Defendant Lastovskiy

## [PROPOSED] ORDER

Having considered the above stipulation of the parties, the Court hereby orders that Defendant Lastovskiy shall have no contact with any potential witnesses, in person, by telephone or text, or any other means, in the above-entitled case.

A copy of the stipulation and order shall be provided to the following: Defendant Lastovskiy, Defendant Lastovskiy's assigned Pretrial Services Officer, and counsel for Defendant Lastovskiy.

Dated: September 26, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE