KENNY N. GIFFARD, ESQ., SBN: 101727
Attorney at Law
2865 Sunrise Boulevard, Suite 218
Rancho Cordova, California 95742
Telephone: (916) 631-4226
Email: kengiffard@aol.com

Attorney for Defendant
ALEKSANDR LASTOVSKIY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-322 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCHANGING EQUITY FOR PROPERTY BOND AND RELEASE OF LIEN** |
| v. | |
| ALEKSANDR LASTOVSKIY, et al, | |
| Defendants. | |

## STIPULATION

The parties herein stipulate and agree as follows:

1. Defendant Aleksandr Lastovskiy was released on bail by the Court on or about September 20, 2012.

2. A portion of that bail was a $50,000.00 property bond secured by real property located at 7801 Delaney Drive, Antelope, CA 95843 and owned by defendant's brother and sister-in-law, Aleksandr and Vera Lastovskiy.

3. The brother and sister-in-law who own the Delaney Drive residence wish to refinance that note secured by a deed of trust on the Delaney Drive property and request that the Court release the lien securing the property bond.

4. Another of defendant's brothers and his wife, Andrey and Margarita Lastovskiy, have

1

agreed to provide a $50,000.00 property bond secured with a lien on their property located at 6526 Marysville Boulevard, Rio Linda, CA 95673.

5.  There is sufficient equity in the Marysville Boulevard property to secure a $50,000.00 property bond.  Further, there are no legal impediments to the Court securing a lien on that property.

6.  The Court's Pre-Trial Services Office has no opposition to releasing the lien on the Delaney Drive property and replacing that with a lien on the Marysville Boulevard property.

Dated:  September 21, 2017

/s/  Kenny N. Giffard

KENNY N. GIFFARD
Attorney for Defendant
ALEKSANDR LASTOVSKIY

/s/ Heiko P. Coppola

HEIKO P. COPPOLA
Assistant United States Attorney

-o0o-

**[PROPOSED] ORDER**

Upon consideration of the foregoing stipulation of the parties, and upon GOOD CAUSE THERE SHOWN, IT IS THUS ORDERED that upon the recording and filing of a $50,000.00 property bond secured by real property located at 6526 Marysville Boulevard, Rio Linda, California, the $50,000.00 property bond secured by real property located at 7801 Delaney Drive, Antelope, California, be released.

Dated:  September 29, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE