PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00322-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| ALEKSANDR LASTOVSKIY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for placement in home confinement on September 14, 2021. Docket No. 351. The government's response is due on September 23, 2021 with any reply due on September 30. Docket No. 354.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before

September 30, 2021;

      b)    The defendant's reply to the government's response to be filed on or before October 7, 2021.

IT IS SO STIPULATED.

Dated:  September 21, 2021                  PHILLIP A. TALBERT
Acting United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated:  September 21, 2021                  /s/ KENNY NORMA GIFFARD
KENNY NORMAN GIFFARD
Counsel for Defendant
ALEKSANDR LASTOVSKIY

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)    The government's response to the defendant's motion, Docket No. 351, is due on or before September 30, 2021;

      b)    The defendant's reply to the government's response, if any, is due on October 7, 2021.

IT IS SO FOUND AND ORDERED this 21st day of September, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE